IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CV-00243-FL

BURT V. GREENE, )
)
               Plaintiff, )
) ORDER APPROVING PLAINTIFF'S
v. ) APPLICATION FOR ATTORNEY FEES
) UNDER THE EQUAL ACCESS TO
CAROLYN W. COLVIN, ) JUSTICE ACT
ACTING COMMISSIONER OF )
SOCIAL SECURITY )
ADMINISTRATION, )
)
               Defendant. )
************************************************************

The matter comes before the court on the Plaintiff's Application for Payment of Attorney Fees pursuant to the Equal Access to Justice Act, 28 U.S.C.A. § 2412. And it appearing the Plaintiff is the prevailing party, no substantial justification exist that would render the payment of attorney fees in this matter unjust and no special circumstances warrant denial of fee,

IT IS HEREBY ORDERED Plaintiff's application for attorney fees is APPROVED in the amount of $2,929.40 this the <u>1st</u> day of <u>December</u>, 2016.

                                                        LOUISE W. FLANAGAN
                                                        United States District Judge